IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JOHN DOE                                                                PLAINTIFF

v.                              No. 4:24-cv-149-DPM

GS4 SECURE SOLUTIONS (USA) INC.;
RITE OF PASSAGE; and JOHN DOES 1-10              DEFENDANTS

JUDGMENT

The complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

1 May 2024